# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

_____

**YVETTE M. REDDICK**

        **Plaintiff**

    vs.                                                        **CASE NUMBER: 5:08-CV-995 (NPM/ATB)**

**NIAGARA MOHAWK POWER COMPANY**
**d/b/a National Grid**
        **Defendant**

_____

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Motion for Summary Judgment filed by Niagara Mohawk Power Company d/b/a National Grid against Yvette M. Reddick is GRANTED. Judgment is hereby entered in favor of the Defendant and this case is closed.

All of the above pursuant to the Order of the Honorable Senior District Judge Neal P. McCurn, dated the 15th day of December, 2010.

DATED: December 16, 2010

*[signature]*
Clerk of Court

s/ Melissa Ennis
Melissa Ennis
Deputy Clerk